**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-6169**

———————

CRAIG SANDERS BOONE,

                                Plaintiff - Appellant,

      versus

FRANKLIN FREEMAN, Secretary DOC; HARRY L.
ALLSBROOK; Q. REHNER; CAPTAIN HARDY; ACREE,
C/O; PATTON, C/O; LIEUTENANT BOBBIT; SERGEANT
GREGORY; K. MOORE, Sergeant; J. PORTER, C/O;
ARRINGTON, C/O; HILL, C/O; JONES, C/O; LPN
SCHULTZ, C/O; LPN LYNCH, C/O; DOCTOR BROWN;
M. ALESHIRE, C/O; COLLIE, C/O; JUSTICE, C/O;
PILGREEN, C/O,

                                Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, District Judge. (CA-94-840-CRT-BO)

———————

Submitted: June 20, 1996           Decided: July 1, 1996

———————

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Craig Sanders Boone, Appellant Pro Se. Mark John Pletzke, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Boone v. Freeman</u>, No. CA-94-840-CRT-BO (E.D.N.C. Dec. 14, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>